IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA FOSTER**, <br><br> *Plaintiff,* <br><br> v. <br><br> **HORIZON DENTAL CARE AT STEAMTOWN, INC., d/b/a HORIZON DENTAL CARE OF HAWLEY**, <br><br> *Defendant.* | Case No. 2:25-cv-02694-JDW |

## ORDER

**AND NOW,** this 29th day of May, 2025, upon review of the Complaint, alleging that Horizon Dental Care At Steamtown d/b/a Horizon Dental Care Of Hawley is a corporation with its principal place of business in Hawley, Pennsylvania, which is in the Middle District of Pennsylvania, and mindful of the venue requirements set forth in 28 U.S.C § 1391(b), it is **ORDERED** that, on or before June 4, 2025, Plaintiff shall show cause in a memorandum not to exceed five pages explaining why venue is proper in this judicial district and why I should not transfer this matter to another more appropriate venue pursuant to 28 U.S.C. § 1404 or § 1406(a).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.